IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| ANTHONY VINCE NAIL SPA, INC. | ) |
| Plaintiff, | ) |
| v. | ) |
| PALAZZO NAIL SPA, INC., D/B/A PALAZZO NAIL SPA, AND AN DOAN, | ) No. 1:16-cv-01055 |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW the Plaintiff, Anthony Vince Nail Spa, Inc., pursuant to Rule 41(A)(2) of the Federal Rules of Civil Procedure, and files this voluntary dismissal, without prejudice, and hereby dismisses the instant case. Plaintiff and Defendants have entered a confidential settlement agreement that has resolved the dispute.

Dated: January 15, 2019

IT IS SO ORDERED:

_____
Norman A. Mordue
Senior U.S. District Judge
Dated: 1/16/2019

Respectfully Submitted,

_____
Samuel C. Breslin
50 State Street, Second Floor
Albany, New York 12207
518-650-3766
sam@breslinlawgroup.com
Bar Roll: 516022

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | | |
|---|---|---|
| ANTHONY VINCE NAIL SPA, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PALAZZO NAIL SPA, INC., | ) | No. 1:16-cv-01055 |
| d/b/a palazzo nail spa, And | ) | |
| AN DOAN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of January, 2019, I served upon the persons named below, by electronically filing a true and correct copy of said document with the Clerk of the Court, using the Northern District of New York's ECF system, and by mailing via USPS First Class Mail to the following:

    An Doan Palazzo Nail Spa, Inc.
    231 Wade Road
    Ext. Suite 2015
    Latham, New York, 12110

    Palazzo Nail Spa, Inc.
    231 Wade Road
    Ext. Suite 2015
    Latham, New York, 12110

_____
Samuel C. Breslin